```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  ELANA S. LANDAU
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California  93721
 4  Telephone:  (559) 497-4000

 5

 6
                IN THE UNITED STATES DISTRICT COURT FOR THE
 7
                       EASTERN DISTRICT OF CALIFORNIA
 8

 9

10

11  UNITED STATES OF AMERICA,        )   Case No: 1:11-CR-391
                                     )
12                  Plaintiff,       )
                                     )   ORDER TO UNSEAL INDICTMENT
13       v.                          )
                                     )
14                                   )
    DORIAN JONES,                    )
15  ERNEST JOE KERR,                 )
                                     )
16                  Defendant(s).    )
    _____)
17

18       Upon application of the United States of America and good cause

19  having been shown,

20       IT IS HEREBY ORDERED that the indictment in the above-captioned

21  proceeding be and is hereby unsealed.

22

23  Date: NOV 18  , 2011          [signature]
                                  Honorable Jennifer L. Thurston
24                                United States Magistrate Judge
```

| 1 | BENJAMIN B. WAGNER |
|---|---|
| | United States Attorney |
| 2 | ELANA S. LANDAU |
| | Assistant U.S. Attorney |
| 3 | 2500 Tulare Street |
| | Fresno, California 93721 |
| 4 | Telephone: (559) 497-4000 |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                                            )  Case NO. 1:11-CR-391
              Plaintiff,  )
                                            )  REQUEST TO **UNSEAL** INDICTMENT
    v.  )
                                             )
DORIAN JONES,  )
ERNEST JOE KERR,  )
                                            )
              Defendant(s).  )
_____)

The arrest warrant in the above-captioned proceeding was executed on November 18, 2011. As a result, there is no need for the indictment to remain under seal. Accordingly, the United States asks that the Court order that the indictment be unsealed.

                                      BENJAMIN B. WAGNER
                                      United States Attorney

Date: November 18, 2011        /s/ Elana S. Landau
                                      By: Elana S. Landau
                                      Assistant United States Attorney