BENJAMIN B. WAGNER
United States Attorney
ELANA LANDAU
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:11-CR-391 LJO |
| ) | |
| Plaintiff, ) | ORDER STAYING MAGISTRATE'S RELEASE ORDER AND SETTING GOVERNMENT'S MOTION FOR REVOCATION FOR HEARING |
| ) | |
| v. ) | |
| ) | |
| DORIAN JONES, ) | |
| ) | |
| Defendant. ) | |

Upon application of the United States Government for a further stay of the order of the Magistrate Judge setting conditions of release for the above-named defendant, and good cause appearing,

IT IS HEREBY ORDERED THAT the Magistrate Judge's order setting conditions for release of the above-named defendant, be further stayed pending the disposition of the government's motion to revoke such orders. The Stay is extended to Friday, December 9, 2011 at 8:15 am, the time of the hearing.

IT IS FURTHER ORDERED that the government file its brief in support of its motion to revoke the defendant's conditions of release by 4:00pm on December 8, 2011 and that hearing on such motion be set for December 9, 2011, 2011 at 8:15a.m.

IT IS SO ORDERED.

**Dated:   December 7, 2011**          /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

1