Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone:(559) 431-9710
Facsimile: (559) 431-4108
E-mail: efogderude1@yahoo.com

Attorney for Defendant DORIAN JONES

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DORIAN JONES<br><br>    Defendant. | CASE NO. 1:11-CR-391 LJO<br><br>SUPPLEMENTAL ORDER REGARDING MAGISTRATE JUDGE'S RELEASE ORDER |

THE COURT HAS REVIEWED AND CONSIDERED THE JUST-RECEIVED DEFENSE OPPOSITION TO STAY THE MAGISTRATE JUDGE'S RELEASE ORDER. THE COURT HAS ALREADY ISSUED AN ORDER FURTHER STAYING THE ORDER OF THE MAGISTRATE JUDGE UNTIL THE MATTER CAN BE BRIEFED AND HEARD AT 8:15 A.M THIRTY-SIX HOURS FROM NOW. DEFENSE COUNSEL, WHILE UNAVAILABLE FOR THE NEXT SEVERAL WEEKS, WILL NEED TO HAVE ANOTHER COUNSEL APPEAR AT THE HEARING. TO ALLOW THE RELEASE BEFORE THIS COURT CAN GIVE THE MATTER A DE NOVO REVIEW DEFEATS THE RIGHT OF THE GOVERNMENT TO HAVE THE MATTER HEARD.

IT IS SO ORDERED.

**Dated: December 7, 2011**  /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE