Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone:(559) 431-9710
Facsimile: (559) 431-4108
E-mail: efogderude1@yahoo.com

Attorney for Defendant DORAIN JONES

**FILED**

JAN 1 2 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:11-CR-391 LJO |
| Plaintiff, ) | |
| ) | ORDER RELEASING CASH POSTED |
| vs. ) | AS BOND |
| ) | |
| DORAIN JONES ) | |
| ) | |
| Defendant. ) | |

## ORDER

IT IS HEREBY ORDERED that the $ 7,000 cash deposited as cash bond for defendant, DORAIN JONES, Receipt # CAE 100017154 posted by Monica Jones be returned forthwith by the Clerk of The Eastern District Court, Fresno, California.

IT IS SO ORDERED.

Dated: January 12, 2012 ✓         _____
                                   JUDGE LAWRENCE J. O'NEILL

---

U.S. vs. Jones                                       Stip/ Order Releasing Cash Posted as Bond
Case No. 11-391                    3